Date signed August 01, 2006



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| **In Re:** | * | |
| **Firstpay, Inc.,** | * | **Case No.**  03-30102 PM |
| | * | **Chapter**  7 |
| | * | |
| **Debtor.** | * | |
| ****************************************** | * | |
| **Michael G. Wolff, Chapter 7 Trustee,** | * | **Adv. Proc. No.**  05-01695PM |
| | * | |
| | * | |
| **Plaintiff,** | * | |
| vs. | * | |
| **United States of America,** | * | |
| | * | |
| | * | |
| **Defendant.** | * | |

### MEMORANDUM OF DECISION

Because the trial of this adversary proceeding will take place commencing on August 9, 2006, the court will issue by order its ruling forthwith on the United States of America's Motion for Summary Judgment. An extended opinion will accompany the final judgment entered in this case.

cc:    Jeffrey M. Orenstein
       Goren, Wolff & Orenstein, LLC
       15245 Shady Grove Road
       Suite 465, North Lobby
       Rockville, MD 20850

       Michael G. Wolff
       11300 Rockville Pike
       Rockville, MD 20852

       Gerald A. Role
       U.S. Department of Justice
       PO Box 227
       Washington, DC 20044-0227

       Firstpay, Inc.
       12510 Prosperity Drive
       Suite 250
       Silver Spring, MD 20904

       Office of the US Trustee
       6305 Ivy Lane
       Suite 600
       Greenbelt, MD 20770

**End of Order**